Jeffrey I. Hasson, OSB#87241
hasson@dhlaw.biz
Davenport & Hasson, LLP
12707 NE Halsey St.
Portland, OR 97230
Phone: (503) 255-5352
Facsimile: (503) 255-6124
Attorney for Defendant Asset Acceptance LLC

FILED'05 MAY 04 17:13 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ROBERT S. STIRTON,<br><br>      Plaintiff,<br><br>vs.<br><br>ASSET ACCEPTANCE LLC, a Delaware corporation, unregistered in Oregon, doing business in Oregon,<br><br>      Defendant. | Case No. 04-CV01015-KI<br><br>STIPULATED MOTION FOR ORDER DISMISSING THIRD CLAIM FOR RELIEF WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEY FEES TO EITHER PARTY AND STRIKING DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT |

THE PARTIES HEREBY STIPULATE AND AGREE, subject to the approval of the Court, that the following order be entered (the "Stipulation and Order"):

1. Defendant's motion for partial summary judgment is stricken, and held for naught; and

2. Plaintiff's third claim for relief based on alleged violation of the Assumed Business Name Statute is dismissed with prejudice, and without costs or

PAGE 1. STIPULATED MOTION FOR ORDER DISMISSING THIRD CLAIM FOR RELIEF WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEY FEES TO EITHER PARTY AND STRIKING DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

h:\clients\6225\0002\p-stip order dismissing third claim.doc

attorney fees to either party.

DATED: May 3, 2005

_____
JUDGE

STIPULATED TO AND PRESENTED BY:

s/Justin M. Baxter          05-03-05
_____   _____
Justin M. Baxter, OSB# 99217    Date
Of Attorneys for Plaintiff Robert Stirton


_____   5-3-05
Jeffrey I. Hasson, OSB# 87241    Date
Of Attorneys for Defendant
Asset Acceptance LLC

PAGE 2.   STIPULATED MOTION FOR ORDER DISMISSING THIRD CLAIM
          FOR RELIEF WITH PREJUDICE AND WITHOUT COSTS OR
          ATTORNEY FEES TO EITHER PARTY AND STRIKING
          DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT
h:\clients\6225\0002\p-stip order dismissing third claim.doc

CERTIFICATE OF SERVICE

I hereby certify that I served a true and complete copy of the foregoing **STIPULATED ORDER**, upon:

Jeffrey I. Hasson
Davenport & Hasson
12707 NE Halsey St.
Portland, OR 97230

Frank H. Lagesen
Robert Sabido
Cosgrave Vergeer Kester LLP
805 SW Broadway 8th Flr
Portland OR 97205

[X] Via First Class Mail

[ ] Via Facsimile

[ ] Via Hand Delivery

[X] Via Electronic Mail

DATED this 3rd day of May, 2005.

/s/ Justin M. Baxter
_____
Michael C. Baxter, OSB #91020
michael@baxterlaw.com
Justin M. Baxter, OSB #99217
justin@baxterlaw.com
(503) 297-9031 (Telephone)
(503) 291-9172 (Facsimile)
Of Attorneys for plaintiff Robert Stirton